IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **NORTHLAND TELEVISION, LLC d/b/a WJFW-NBC,** <br><br> **Defendant.** | Civil No.: 3:20-cv-00385-wmc |

### DEFENDANT'S MOTION TO DISMISS
### <u>PLAINTIFF'S COMPLAINT WITH PREJUDICE</u>

Defendant Northland Television, LLC d/b/a WJFW-NBC, by its counsel, hereby moves this Court, under Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiff's Complaint with prejudice and granting such other relief as appropriate under the circumstances. The grounds for this motion are set forth in the accompanying brief and all other papers and records on file in this action.

| | |
|---|---|
| Dated: May 6, 2020 | Respectfully submitted, |
| BALLARD SPAHR LLP | GODFREY & KAHN S.C. |
| Charles D. Tobin<br>(admitted *pro hac vice*)<br>Al-Amyn Sumar<br>(admitted *pro hac vice*)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006-1157<br>Phone: (202) 661-2218<br>Fax:   (202) 661-2299<br>tobinc@ballardspahr.com<br>sumara@ballardspahr.com<br><br>Ashley I. Kissinger<br>(admitted *pro hac vice*)<br>1225 17th Street, Suite 2300<br>Denver, CO  80202<br>Phone: (303) 376-2407<br>Fax:   (303) 296-3956<br>kissingera@ballardspahr.com | s/ *Brady Williamson*<br>Brady C. Williamson<br>Mike B. Wittenwyler<br>bwilliam@gklaw.com<br>mwittenwyler@gklaw.com<br>One East Main Street, Suite 500<br>Madison, WI 53703-3300<br>Phone: (608) 257-3911<br>Fax:   (608) 257-0609<br><br><br>*Counsel for Defendant Northland Television, LLC d/b/a WJFW-NBC* |

# **CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, I caused the foregoing Motion to Dismiss Plaintiff's Complaint with Prejudice, the accompanying Memorandum in Support, the Declaration of Jill Bradshaw and the exhibits thereto to be filed and served electronically via the Court's ECF System upon counsel of record. A DVD containing Exhibit G will be served upon the Clerk of the Court and counsel of record via Federal Express.

Dated: May 6, 2020                              s/ *Brady Williamson*
                                                              Brady Williamson