UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DONALD J. TRUMP FOR PRESIDENT,
INC.,

      Plaintiff,

  v.

NORTHLAND TELEVISION, LLC, d/b/a
WJFW-NBC,

      Defendant.

Case No. 20-cv-00385-WMC

---

## MOTION TO REMAND

---

Pursuant to 28 U.S.C. § 1447, plaintiff, Donald J. Trump for President, Inc., moves to remand this action to Wisconsin state court on the ground that this Court lacks subject matter jurisdiction. This motion is accompanied by a brief and supporting declaration.

Dated this 6th day of May, 2020.

By:
    s/Eric M. McLeod_____
    Eric M. McLeod
    Lane E. Ruhland
    Husch Blackwell LLP
    P.O. Box 1379
    33 East Main Street, Suite 300
    Madison, WI 53701-1379
    Email: eric.mcleod@huschblackwell.com
    Email: lane.ruhland@huschblackwell.com

    s/Lisa M. Lawless_____
    Lisa M. Lawless
    Husch Blackwell LLP
    555 East Wells Street, Suite 1900
    Milwaukee, WI 53202-3819
    Email: lisa.lawless@huschblackwell.com

    *Attorneys for Plaintiff Donald J. Trump for President, Inc.*