# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **NORTHLAND TELEVISION, LLC, d/b/a WJFW-NBC**, <br><br> Defendant, <br><br> **PRIORITIES USA ACTION**, <br><br> Proposed Intervenor-Defendant. | Civil No.: 20-cv-385-wmc |

**PROPOSED INTERVENOR-DEFENDANT PRIORITIES USA ACTION'S MOTION TO DISMISS**

---

For the reasons described in the attached memorandum, proposed intervenor-defendant Priorities USA Action ("Priorities"), pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6), hereby moves to dismiss the Complaint in the above-captioned matter, with prejudice.

Dated: May 12, 2020

Respectfully submitted,

s/ *Marc E. Elias*

PERKINS COIE LLP

David L. Anstaett
DAnstaett@perkinscoie.com
Brandon M Lewis
BLewis@perkinscoie.com
Sopen B. Shah
SShah@perkinscoie.com
33 East Main Street, Suite 201
Madison, WI 53703
Phone: 608.663.7460
Facsimile: 608.663.7499

Marc E. Elias
MElias@perkinscoie.com
Ezra W. Reese (*pro hac vice* pending)
Ereese@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005-3960
Phone: 202.654.6200
Facsimile: 202.654.6211

Gillian Kuhlmann (*pro hac vice* pending)
GKuhlmann@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Phone: 310.788.9900
Facsimile: 310.788.3399

*Attorneys for Proposed Intervenor-Defendant Priorities USA Action*

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's transmission facilities.

| | |
|---|---|
| Dated: May 12, 2020 | By: s/ *Marc E. Elias* |
| | PERKINS COIE LLP |
| | David L. Anstaett<br>DAnstaett@perkinscoie.com<br>Brandon M Lewis<br>BLewis@perkinscoie.com<br>Sopen B. Shah<br>SShah@perkinscoie.com<br>33 East Main Street, Suite 201<br>Madison, WI 53703<br>Phone: 608.663.7460<br>Facsimile: 608.663.7499 |
| | Marc E. Elias<br>MElias@perkinscoie.com<br>Ezra W. Reese (*pro hac vice* pending)<br>Ereese@perkinscoie.com<br>700 Thirteenth Street, N.W., Suite 800<br>Washington, DC 20005-3960<br>Phone: 202.654.6200<br>Facsimile: 202.654.6211 |
| | Gillian Kuhlmann (*pro hac vice* pending)<br>GKuhlmann@perkinscoie.com<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Phone: 310.788.9900<br>Facsimile: 310.788.3399 |
| | *Attorneys for Proposed Intervenor-Defendant Priorities USA Action* |