### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**NORTHLAND TELEVISION, LLC d/b/a WJFW-NBC,**<br><br>　　　　　**Defendant,**<br><br>　　and<br><br>**PRIORITIES USA ACTION,**<br><br>　　　　　**Intervenor Defendant.** | **Civil No.: 3:20-cv-00385-wmc** |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Attorney Al-Amyn Sumar of Ballard Spahr LLP hereby withdraws as counsel of record to Defendant Northland Television, LLC d/b/a WJFW-NBC ("WJFW"). WJFW will continue to be represented by Attorneys Charles D. Tobin and Ashley I. Kissinger of Ballard Spahr LLP and Attorneys Brady C. Williamson and Mike B. Wittenwyler of Godfrey & Kahn, S.C.

Dated:  July 10, 2020

GODFREY & KAHN S.C.

Brady C. Williamson
Mike B. Wittenwyler
bwilliam@gklaw.com
mwittenwyler@gklaw.com
One East Main Street, Suite 500
Madison, WI 53703-3300
Phone: (608) 257-3911
Fax:     (608) 257-0609

Respectfully submitted,

BALLARD SPAHR LLP

*s/ Al-Amyn Sumar*
Charles D. Tobin
(admitted *pro hac vice*)
Al-Amyn Sumar
(admitted *pro hac vice*)
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Phone: (202) 661-2218
Fax:     (202) 661-2299
tobinc@ballardspahr.com
sumara@ballardspahr.com

Ashley I. Kissinger
(admitted *pro hac vice*)
1225 17th Street, Suite 2300
Denver, CO  80202
Phone: (303) 376-2407
Fax:     (303) 296-3956
kissingera@ballardspahr.com

*Counsel for Defendant Northland Television, LLC
d/b/a WJFW-NBC*