UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DONALD J. TRUMP FOR PRESIDENT, INC.,

      Plaintiff,

  v.

NORTHLAND TELEVISION, LLC, d/b/a WJFW-NBC,

      Defendant

and

PRIORITIES USA ACTION,

      Intervenor Defendant.

Case No. 20-cv-00385-WMC

**MOTION FOR LEAVE OF COURT TO ACCEPT PLAINTIFF'S BRIEF IN OPPOSITION TO MOTION TO DISMISS OF PRIORITIES USA ACTION**

Plaintiff, Donald J. Trump for President, Inc., hereby moves the Court to accept its Brief in Opposition to the Motion to Dismiss of Priorities USA Action (Doc.54) and to grant it leave to file its opposition brief instanter, that is, to accept the brief as timely filed. There is good cause for this motion, as follows:

1. The opposition brief has been filed with the Court via the ECF system. It was filed after 11:59 p.m. on July 17, the filing deadline.

2. Plaintiff experienced a delay in finalizing and uploading its opposition brief via the ECF system due in part to computer network issues after business hours on July 17. Those issues caused a delay in the filing. After working through those issues, plaintiff's counsel promptly filed the opposition brief.

3. The opposition brief (Doc.54) was filed at 1:12 a.m. on July 18 rather than at or

before 11:59 p.m. on July 17.

4. To remedy any prejudice or inconvenience to defendant caused by the delayed filing of plaintiff's opposition brief, plaintiff hereby stipulates, upon the Court's approval, to the entry of an order granting defendant Priorities USA Action a commensurate extension of time to file its reply brief.

For these reasons, plaintiff respectfully requests the Court to accept the filing of plaintiff's opposition brief (Doc.54) instanter, as timely filed.

Dated this 18th day of June, 2020.

By:
    s/Eric M. McLeod_____
    Eric M. McLeod
    Lane E. Ruhland
    Husch Blackwell LLP
    P.O. Box 1379
    33 East Main Street, Suite 300
    Madison, WI 53701-1379
    Email: eric.mcleod@huschblackwell.com
    Email: lane.ruhland@huschblackwell.com

    s/Lisa M. Lawless_____
    Lisa M. Lawless
    Husch Blackwell LLP
    555 East Wells Street, Suite 1900
    Milwaukee, WI 53202-3819
    Email: lisa.lawless@huschblackwell.com

    *Attorneys for Plaintiff Donald J. Trump for President, Inc.*