UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DONALD J. TRUMP FOR PRESIDENT,
INC.,

      Plaintiff,

  v.

NORTHLAND TELEVISION, LLC, d/b/a
WJFW-NBC,

      Defendant

and

PRIORITIES USA ACTION,

      Intervenor Defendant.

Case No. 20-cv-00385-WMC

---

**MOTION FOR LEAVE TO FILE TABLES FOR
PLAINTIFF'S OPPOSITIONS TO MOTION TO DISMISS OF
DEFENDANTS WJFW-NBC AND PRIORITIES USA ACTION**

---

      Plaintiff, Donald J. Trump for President, Inc. ("plaintiff"), moves for leave to file the attached tables for plaintiff's opposition briefs to the motions to dismiss filed by defendant Northland Television, LLC d/b/a WJFW-NBC ("WJFW-NBC") and by intervenor defendant Priorities USA Action ("PUSA"). The attached document is not a brief and does not contain argument. It provides the Court tables matching up the Complaint to the Supplement to the Complaint. As set forth in the Court's order (Doc.51), on the motions to dismiss, the Court will consider plaintiff's Complaint (Doc.1-2: 4-64, filed as an attachment to WJFW-NBC's Notice of Removal), and plaintiff's "Supplement," a Complaint filed against PUSA on June 18, 2020 (Doc.48).

      Plaintiff moves the Court to accept the attached tables for filing, to assist the Court in reviewing the motions to dismiss and briefing thereto.

Dated this 27th day of July, 2020.

By:
    <u>s/Eric M. McLeod</u>
    Eric M. McLeod
    Lane E. Ruhland
    Husch Blackwell LLP
    P.O. Box 1379
    33 East Main Street, Suite 300
    Madison, WI 53701-1379
    Email: eric.mcleod@huschblackwell.com
    Email: lane.ruhland@huschblackwell.com

    <u>s/Lisa M. Lawless</u>
    Lisa M. Lawless
    Husch Blackwell LLP
    555 East Wells Street, Suite 1900
    Milwaukee, WI 53202-3819
    Email: lisa.lawless@huschblackwell.com

    *Attorneys for Plaintiff Donald J. Trump for President, Inc.*