**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

DONALD J. TRUMP FOR PRESIDENT,
INC.,

          Plaintiff,

   v.

NORTHLAND TELEVISION, LLC, d/b/a
WJFW-NBC,

          Defendant

and

PRIORITIES USA ACTION,

          Intervenor Defendant.

Case No. 20-cv-00385-WMC

**TABLES FOR PLAINTIFF'S OPPOSITIONS TO MOTION TO DISMISS OF
DEFENDANTS WJFW-NBC AND PRIORITIES USA ACTION**

      Plaintiff, Donald J. Trump for President, Inc. ("plaintiff"), has filed opposition briefs to

the motions to dismiss filed by defendant Northland Television, LLC d/b/a WJFW-NBC

("WJFW-NBC") and by intervenor defendant Priorities USA Action ("PUSA").  As set forth in

the Court's order (Doc.51), on the motions to dismiss, the Court will consider plaintiff's

Complaint (Doc.1-2: 4-64, filed as an attachment to WJFW-NBC's Notice of Removal), and

plaintiff's "Supplement," a Complaint filed against PUSA on June 18, 2020 (Doc.48).

      To assist the Court in reviewing the motions to dismiss and briefing thereto, attached are

tables matching up (a) the Complaint to the Supplemental Complaint and (b) the Supplemental

Complaint to the Complaint by document page and paragraph number.  Also attached is a table

setting forth the authorities cited in each of plaintiff's opposition briefs, by document page

number.

Dated this 27th day of July, 2020.


By:

s/Eric M. McLeod_____
Eric M. McLeod
Lane E. Ruhland
Husch Blackwell LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI 53701-1379
Email: eric.mcleod@huschblackwell.com
Email: lane.ruhland@huschblackwell.com

s/Lisa M. Lawless_____
Lisa M. Lawless
Husch Blackwell LLP
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
Email: lisa.lawless@huschblackwell.com

*Attorneys for Plaintiff Donald J. Trump for President, Inc.*

| Table | Page |
|---|---|
| Complaint to Supplement | 3-9 |
| Supplement to Complaint | 10-16 |
| Authorities Cited in Opposition Briefs | 17-22 |

| Original Complaint (Doc.1-2: 4-64) | | Supplement to Complaint (Doc.48) | |
|---|---|---|---|
| **Doc.1-2:** ____ | **¶** | **Doc.48:** _____ | **¶** |
| | | 1 | ¶ 1 |
| 4-5 | ¶ 1 | 2-3 | ¶ 2[1] |
| 5 | ¶ 2 | 3 | ¶ 3 |
| | | 3-4 | ¶ 4 |
| | | 4 | ¶ 5 |
| | | 4 | ¶ 6 |
| 5 | ¶ 3 | 4-5 | ¶ 7 |
| 6 | ¶ 4 | 5 | ¶ 8 |
| 6 | ¶¶ 5, 6 | | |
| | | 5 | ¶ 9 |
| | | 5 | ¶ 10 |
| 6-7 | ¶¶ 7, 8 | 5 | ¶ 11 |
| 7 | ¶ 9 | 5 | ¶ 12 |
| 7 | ¶ 10 | 6 | ¶ 13 |
| 7 | ¶ 11 | 6 | ¶ 14 |
| 7 | ¶ 12 | 6 | ¶ 15 |
| 7 | ¶ 13 | 6 | ¶ 16 |
| 7 | ¶ 14 | 6 | ¶ 17 |
| | | 6 | ¶ 18 |
| 7 | ¶ 15 | 6 | ¶ 19 |
| 8 | ¶ 16 | 7 | ¶ 20 |

[1] The paragraphs of the Complaint-Supplement highlighted in yellow have added or different language compared to the original Complaint.

| Original Complaint (Doc.1-2: 4-64) | | Supplement to Complaint (Doc.48) | |
|---|---|---|---|
| Doc.1-2: _____ | ¶ | Doc.48: _____ | ¶ |
| 8-9 | ¶¶ 17-23 | | |
| | | 7 | ¶ 21 |
| | | 7 | ¶ 22 |
| | | 7 | ¶ 23 |
| | | 7 | ¶ 24 |
| | | 8 | ¶ 25 |
| | | 8 | ¶ 26 |
| | | 8 | ¶ 27 |
| | | 8 | ¶ 28 |
| | | 8 | ¶ 29 |
| | | 9 | ¶ 30 |
| 9 | ¶ 24 | 9 | ¶ 31 |
| 9-10 | ¶ 25 | 9-10 | ¶¶ 32, 33 |
| 10 | ¶ 26 | 10 | ¶ 34 |
| 10 | ¶ 27 | 10 | ¶ 35 |
| 10 | ¶¶ 28, 29 | 10 | ¶ 36 |
| | | 10-11 | ¶¶ 37, 38 |
| 10 | ¶ 30 | 11 | ¶ 39 |
| 11 | ¶ 31 | | |
| 11 | ¶ 32 | 11 | ¶ 40 |
| 11 | ¶ 33 | 11 | ¶ 41 |
| 11 | ¶ 34 | 12 | ¶ 42 |

| Original Complaint (Doc.1-2: 4-64) | | Supplement to Complaint (Doc.48) | |
|---|---|---|---|
| Doc.1-2: _____ | ¶ | Doc.48: _____ | ¶ |
| 11 | ¶ 35 | 12 | ¶ 43 |
| 12 | ¶ 36 | 12 | ¶ 44 |
| 12 | ¶ 37 | 12 | ¶ 45 |
| 12 | ¶ 38 | 12 | ¶ 46 |
| 12 | ¶ 39 | 12-13 | ¶ 47 |
| 12 | ¶ 40 | 13 | ¶ 48 |
| 13 | ¶ 41 | 13 | ¶ 49 |
| 13 | ¶ 42 | 13 | ¶ 50 |
| 13 | ¶ 43 | 13 | ¶ 51 |
| 13 | ¶ 44 | 13-14 | ¶ 52 |
| 14 | ¶ 45 | 14 | ¶ 53 |
| 14-15 | ¶ 46 | 14-15 | ¶ 54 |
| | | 15 | ¶ 55 |
| 15 | ¶ 47 | 15 | ¶ 56 |
| 15 | ¶ 48 | 15-16 | ¶ 57 |
| 15 | ¶ 49 | 16 | ¶ 58 |
| 15 | ¶ 50 | | |
| | | 16 | ¶ 59 |
| | | 16 | ¶ 60 |
| | | 16 | ¶ 61 |
| 15 | ¶ 51 | 16 | ¶ 62 |
| | | 17 | ¶ 63 |

| Original Complaint (Doc.1-2: 4-64) | | Supplement to Complaint (Doc.48) | |
|---|---|---|---|
| **Doc.1-2: ____** | **¶** | **Doc.48: ____** | **¶** |
| | | 17 | ¶ 64 |
| | | 17 | ¶ 65 |
| | | 17-18 | ¶ 66 |
| | | 18 | ¶ 67 |
| | | 18 | ¶ 68 |
| | | 18 | ¶ 69 |
| | | 19 | ¶ 70 |
| | | 19 | ¶ 71 |
| | | 19 | ¶ 72 |
| | | 19-20 | ¶ 73 |
| | | 20 | ¶ 74 |
| 16 | ¶ 52 | | |
| | | 20 | ¶ 75 |
| 16 | ¶ 53 | 20 | ¶ 76 |
| 16 | ¶ 54 | 23-24 | ¶ 95 |
| 16-17 | ¶ 55 | 24 | ¶ 96 |
| 17 | ¶ 56 | 24 | ¶ 97 |
| 17 | ¶ 57 | 20 | ¶ 77 |
| 17-18 | ¶ 58 | 20-21 | ¶ 78 |
| | | 21 | ¶ 79 |
| | | 21 | ¶ 80 |
| | | 21 | ¶ 81 |

| Original Complaint (Doc.1-2: 4-64) | | Supplement to Complaint (Doc.48) | |
|---|---|---|---|
| Doc.1-2: _____ | ¶ | Doc.48: _____ | ¶ |
| | | 21 | ¶ 82 |
| | | 21-22 | ¶ 83 |
| | | 22 | ¶ 84 |
| | | 22 | ¶ 85 |
| | | 22 | ¶ 86 |
| | | 22 | ¶ 87 |
| | | 22 | ¶ 88 |
| | | 22-23 | ¶ 89 |
| | | 23 | ¶ 90 |
| | | 23 | ¶ 91 |
| | | 23 | ¶ 92 |
| | | 23 | ¶ 93 |
| | | 23 | ¶ 94 |
| 18 | ¶ 59 | 24 | ¶ 98 |
| 18 | ¶ 60 | 24 | ¶ 99 |
| 18 | ¶ 61 | 25 | ¶ 100 |
| 18 | ¶ 62 | 25 | ¶ 101 |
| 18-19 | ¶ 63 | 25-26 | ¶ 107 |
| 19 | ¶ 64 | | |
| | | 25 | ¶ 102 |
| | | 25 | ¶ 103 |
| | | 25 | ¶ 104 |

| Original Complaint (Doc.1-2: 4-64) | | Supplement to Complaint (Doc.48) | |
|---|---|---|---|
| Doc.1-2: _____ | ¶ | Doc.48: _____ | ¶ |
| | | 25 | ¶ 105 |
| | | 25 | ¶ 106 |
| | | 26 | ¶ 108 |
| | | 26 | ¶ 109 |
| 19 | ¶ 65 | 26 | ¶¶ 110, 111 |
| 19 | ¶ 66 | 26 | ¶ 112 |
| 19 | ¶ 67 | 26 | ¶ 113 |
| 19 | ¶ 68 | 27 | ¶ 114 |
| | | 27 | ¶ 115 |
| | | 27 | ¶ 116 |
| 19 | ¶ 69 | 27 | ¶ 117 |
| 19 | ¶ 70 | 27 | ¶ 118 |
| 20 | ¶ 71 | 27 | ¶ 119 |
| 20 | ¶ 72 | 27-28 | ¶ 120 |
| 20 | ¶ 73 | | |
| 20 | ¶ 74 | 28 | ¶ 121 |
| 20 | ¶ 75 | 28 | ¶ 122 |
| | | Doc.48-1 | Exhibit 1 |
| | | Doc.48-2 | Exhibit 2 |
| | | Doc.48-3 | Exhibit 3 |
| | | Doc.48-4 | Exhibit 4 |
| | | Doc.48-5 | Exhibit 5 |

| Original Complaint (Doc.1-2: 4-64) | | Supplement to Complaint (Doc.48) | |
|---|---|---|---|
| **Doc.1-2: _____** | **¶** | **Doc.48: _____** | **¶** |
| | | Doc.48-6 | Exhibit 6 |
| | | Doc.48-7 | Exhibit 7 |
| | | Doc.48-8 | Exhibit 8 |
| 22-25 | Exhibit A | | |
| 26-27 | Exhibit B | Doc.48-9 | Exhibit B |
| 28-34 | Exhibit C | Doc.48-10 | Exhibit C |
| 35-44 | Exhibit D | Doc.48-11 | Exhibit D |
| 45-51 | Exhibit E | Doc.48-12 | Exhibit E |
| 52-57 | Exhibit F | Doc.48-13 | Exhibit F |
| 58-64 | Exhibit G | Doc.48-14 | Exhibit G |

| Supplement to Complaint (Doc.48) | | Original Complaint (Doc.1-2: 4-64) | |
|---|---|---|---|
| Doc.48: _____ | ¶ | Doc.1-2: ____ | ¶ |
| 1 | ¶ 1 | | |
| 2-3 | ¶ 2[2] | 4-5 | ¶ 1 |
| 3 | ¶ 3 | 5 | ¶ 2 |
| 3-4 | ¶ 4 | | |
| 4 | ¶ 5 | | |
| 4 | ¶ 6 | | |
| 4-5 | ¶ 7 | 5 | ¶ 3 |
| 5 | ¶ 8 | 6 | ¶ 4 |
| | | 6 | ¶¶ 5, 6 |
| 5 | ¶ 9 | | |
| 5 | ¶ 10 | | |
| 5 | ¶ 11 | 6-7 | ¶¶ 7, 8 |
| 5 | ¶ 12 | 7 | ¶ 9 |
| 6 | ¶ 13 | 7 | ¶ 10 |
| 6 | ¶ 14 | 7 | ¶ 11 |
| 6 | ¶ 15 | 7 | ¶ 12 |
| 6 | ¶ 16 | 7 | ¶ 13 |
| 6 | ¶ 17 | 7 | ¶ 14 |
| 6 | ¶ 18 | | |
| 6 | ¶ 19 | 7 | ¶ 15 |
| 7 | ¶ 20 | 8 | ¶ 16 |

[2] The paragraphs of the Complaint-Supplement highlighted in yellow have added or different language compared to the original Complaint.

10

| Supplement to Complaint (Doc.48) | | Original Complaint (Doc.1-2: 4-64) | |
|---|---|---|---|
| Doc.48: _____ | ¶ | Doc.1-2: _____ | ¶ |
| | | 8-9 | ¶¶ 17-23 |
| 7 | ¶ 21 | | |
| 7 | ¶ 22 | | |
| 7 | ¶ 23 | | |
| 7 | ¶ 24 | | |
| 8 | ¶ 25 | | |
| 8 | ¶ 26 | | |
| 8 | ¶ 27 | | |
| 8 | ¶ 28 | | |
| 8 | ¶ 29 | | |
| 9 | ¶ 30 | | |
| 9 | ¶ 31 | 9 | ¶ 24 |
| 9-10 | ¶¶ 32, 33 | 9-10 | ¶ 25 |
| 10 | ¶ 34 | 10 | ¶ 26 |
| 10 | ¶ 35 | 10 | ¶ 27 |
| 10 | ¶ 36 | 10 | ¶¶ 28, 29 |
| 10-11 | ¶¶ 37, 38 | | |
| 11 | ¶ 39 | 10 | ¶ 30 |
| | | 11 | ¶ 31 |
| 11 | ¶ 40 | 11 | ¶ 32 |
| 11 | ¶ 41 | 11 | ¶ 33 |
| 12 | ¶ 42 | 11 | ¶ 34 |

11

| Supplement to Complaint (Doc.48) | | Original Complaint (Doc.1-2: 4-64) | |
|---|---|---|---|
| Doc.48: _____ | ¶ | Doc.1-2: ____ | ¶ |
| 12 | ¶ 43 | 11 | ¶ 35 |
| 12 | ¶ 44 | 12 | ¶ 36 |
| 12 | ¶ 45 | 12 | ¶ 37 |
| 12 | ¶ 46 | 12 | ¶ 38 |
| 12-13 | ¶ 47 | 12 | ¶ 39 |
| 13 | ¶ 48 | 12 | ¶ 40 |
| 13 | ¶ 49 | 13 | ¶ 41 |
| 13 | ¶ 50 | 13 | ¶ 42 |
| 13 | ¶ 51 | 13 | ¶ 43 |
| 13-14 | ¶ 52 | 13 | ¶ 44 |
| 14 | ¶ 53 | 14 | ¶ 45 |
| 14-15 | ¶ 54 | 14-15 | ¶ 46 |
| 15 | ¶ 55 | | |
| 15 | ¶ 56 | 15 | ¶ 47 |
| 15-16 | ¶ 57 | 15 | ¶ 48 |
| 16 | ¶ 58 | 15 | ¶ 49 |
| | | 15 | ¶ 50 |
| 16 | ¶ 59 | | |
| 16 | ¶ 60 | | |
| 16 | ¶ 61 | | |
| 16 | ¶ 62 | 15 | ¶ 51 |
| 17 | ¶ 63 | | |

| Supplement to Complaint (Doc.48) | | Original Complaint (Doc.1-2: 4-64) | |
|---|---|---|---|
| Doc.48: _____ | ¶ | Doc.1-2: ____ | ¶ |
| 17 | ¶ 64 | | |
| 17 | ¶ 65 | | |
| 17-18 | ¶ 66 | | |
| 18 | ¶ 67 | | |
| 18 | ¶ 68 | | |
| 18 | ¶ 69 | | |
| 19 | ¶ 70 | | |
| 19 | ¶ 71 | | |
| 19 | ¶ 72 | | |
| 19-20 | ¶ 73 | | |
| 20 | ¶ 74 | | |
| | | 16 | ¶ 52 |
| 20 | ¶ 75 | | |
| 20 | ¶ 76 | 16 | ¶ 53 |
| 20 | ¶ 77 | 17 | ¶ 57 |
| 20-21 | ¶ 78 | 17-18 | ¶ 58 |
| 21 | ¶ 79 | | |
| 21 | ¶ 80 | | |
| 21 | ¶ 81 | | |
| 21 | ¶ 82 | | |
| 21-22 | ¶ 83 | | |
| 22 | ¶ 84 | | |

| Supplement to Complaint (Doc.48) | | Original Complaint (Doc.1-2: 4-64) | |
|---|---|---|---|
| Doc.48: _____ | ¶ | Doc.1-2: ____ | ¶ |
| 22 | ¶ 85 | | |
| 22 | ¶ 86 | | |
| 22 | ¶ 87 | | |
| 22 | ¶ 88 | | |
| 22-23 | ¶ 89 | | |
| 23 | ¶ 90 | | |
| 23 | ¶ 91 | | |
| 23 | ¶ 92 | | |
| 23 | ¶ 93 | | |
| 23 | ¶ 94 | | |
| 23-24 | ¶ 95 | 16 | ¶ 54 |
| 24 | ¶ 96 | 16-17 | ¶ 55 |
| 24 | ¶ 97 | 17 | ¶ 56 |
| 24 | ¶ 98 | 18 | ¶ 59 |
| 24 | ¶ 99 | 18 | ¶ 60 |
| 25 | ¶ 100 | 18 | ¶ 61 |
| 25 | ¶ 101 | 18 | ¶ 62 |
| | | 19 | ¶ 64 |
| 25 | ¶ 102 | | |
| 25 | ¶ 103 | | |
| 25 | ¶ 104 | | |
| 25 | ¶ 105 | | |

| Supplement to Complaint (Doc.48) | | Original Complaint (Doc.1-2: 4-64) | |
|---|---|---|---|
| Doc.48: _____ | ¶ | Doc.1-2: ____ | ¶ |
| 25 | ¶ 106 | | |
| 25-26 | ¶ 107 | 18-19 | ¶ 63 |
| 26 | ¶ 108 | | |
| 26 | ¶ 109 | | |
| 26 | ¶¶ 110, 111 | 19 | ¶ 65 |
| 26 | ¶ 112 | 19 | ¶ 66 |
| 26 | ¶ 113 | 19 | ¶ 67 |
| 27 | ¶ 114 | 19 | ¶ 68 |
| 27 | ¶ 115 | | |
| 27 | ¶ 116 | | |
| 27 | ¶ 117 | 19 | ¶ 69 |
| 27 | ¶ 118 | 19 | ¶ 70 |
| 27 | ¶ 119 | 20 | ¶ 71 |
| 27-28 | ¶ 120 | 20 | ¶ 72 |
| | | 20 | ¶ 73 |
| 28 | ¶ 121 | 20 | ¶ 74 |
| 28 | ¶ 122 | 20 | ¶ 75 |
| Doc.48-1 | Exhibit 1 | | |
| Doc.48-2 | Exhibit 2 | | |
| Doc.48-3 | Exhibit 3 | | |
| Doc.48-4 | Exhibit 4 | | |
| Doc.48-5 | Exhibt 5 | | |

| Supplement to Complaint (Doc.48) | | Original Complaint (Doc.1-2: 4-64) | |
|---|---|---|---|
| **Doc.48: _____** | **¶** | **Doc.1-2: ____** | **¶** |
| Doc.48-6 | Exhibit 6 | | |
| Doc.48-7 | Exhibit 7 | | |
| Doc.48-8 | Exhibit 8 | | |
| | | 22-25 | Exhibit A |
| Doc.48-9 | Exhibit B | 26-27 | Exhibit B |
| Doc.48-10 | Exhibit C | 28-34 | Exhibit C |
| Doc.48-11 | Exhibit D | 35-44 | Exhibit D |
| Doc.48-12 | Exhibit E | 45-51 | Exhibit E |
| Doc.48-13 | Exhibit F | 52-57 | Exhibit F |
| Doc.48-14 | Exhibit G | 58-64 | Exhibit G |

| Cases Cited in Plaintiff's Opposition to Motion to Dismiss | Doc.38: _____ | | Doc.54: _____ |
|---|---|---|---|
| *A & B Distrib., Inc. v. Heggie's Pizza, LLC*, 2019 WL 6837858 (W.D. Wis. Dec. 16, 2019) | 35 | | |
| *Advanced Tech. Corp. v. Instron, Inc.*, 66 F. Supp. 3d 263 (D. Mass. 2014) | | | 38 |
| *Allen-Noll v. Madison Area Tech. Coll.*, 2018 WL 6834477 (W.D. Wis. Dec. 28, 2018) | 14 | | 30 |
| *Amoroso v. Schuh*, 278 F. Supp. 3d 1106 (W.D. Wis. 2017) | 14-15, 20, 30 | | 31, 37-38, 52 |
| *Anderson v. The Augusta Chronicle*, 585 S.E.2d 506 (S.C. Ct. App. 2003) | 17, 45 | | 33-34, 85 |
| *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) | 13, 14, 15 | | 30, 31 |
| *Bartholet v. Reishauer A.G. (Zurich)*, 953 F.2d 1073 (7th Cir.1992) | 14 | | 31 |
| *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) | 13, 14 | | 30 |
| *Bentley v. Bunton*, 94 S.W.3d 561 (Tex. 2002) | 42 | | 82 |
| *Bose Corp. v. Consumers Union of United States, Inc.*, 466 U.S. 485 (1984) | 45 | | 86 |
| *Boyce & Isley, PLLC v. Cooper*, 568 S.E.2d 893 (N.C. Ct. App. 2002) | 17, 24, 43, 49 | | 34, 44, 83 |
| *Boyce & Isley, PLLC v. Cooper*, 673 S.E.2d 6946 (N.C. Ct. App. 2009) | 24 | | 44 |
| *Brodzki v. Wisconsin*, 2011 WL 1576388 (W.D. Wis. Apr. 26, 2011) | 14 | | 31 |
| *Caudle v. Thomason*, 942 F. Supp. 635 (D.D.C. 1996) | 20, 22 | | 38, 41 |
| *Church of Scientology of California v. Flynn*, 744 F.2d 694 (9th Cir. 1984) | 20 | | 37 |
| *Cook v. Winfrey*, 141 F.3d 322 (7th Cir. 1998) | 13 | | |
| *Corp. Training Unlimited, Inc. v. Nat'l Broad. Co.*, 981 F. Supp. 112 (E.D.N.Y. 1997) | | | 66 |
| *Corp. Training Unlimited, Inc. v. Nat'l Broad. Co., Inc.*, 868 F. Supp. 501 (E.D.N.Y. 1994) | | | 66 |
| *Croixland Properties Ltd. P'ship v. Corcoran*, 174 F.3d 213 (D.C. Cir. 1999) | 20 | | 38 |
| *Daytree at Cortland Square, Inc. v. Walsh*, 332 F. Supp. 3d 610 (E.D.N.Y. 2018) | | | 41 |
| *DeKeyser v. Thyssenkrupp Waupaca, Inc.*, 589 F. Supp. 2d 1026 (E.D. Wis. 2008) | 14 | | 30 |

| Cases Cited in Plaintiff's Opposition to Motion to Dismiss | Doc.38: _____ | | Doc.54: _____ |
|---|---|---|---|
| *Deripaska v. Associated Press*, 282 F. Supp. 3d 133 (D.D.C. 2017) | 42 | | 82 |
| *Dewine v. Ohio Elections Comm'n*, 399 N.E.2d 99 (Ohio Ct. App. 1978) | 24 | | 44 |
| *Doe v. Hagar*, 765 F.3d 855 (8th Cir. 2014) | | | 38 |
| *Ennenga v. Starns*, 677 F.3d 766, 773–74 (7th Cir. 2012) | 48 | | |
| *Felix v. Westinghouse Radio Stations*, 186 F.2d 1 (3d Cir. 1950) | 7 | | 13 |
| *Friends of Phil Gramm v. Americans for Phil Gramm in '84*, 587 F. Supp. 769 (E.D. Va. 1984) | 25 | | 45 |
| *Garrison v. Louisiana*, 379 U.S. 64 (1964) | 41 | | 81 |
| *Geinosky v. City of Chicago*, 675 F.3d 743 (7th Cir. 2012) | 47, 49 | | |
| *Gertz v. Welch, Inc.*, 418 U.S. 323 (1974) | 16-17 | | 30 |
| *Goodson v. Republican State Leadership Comm. - Judicial Fairness Initiative*, 2018 WL 6430825 (E.D. Ark. Nov. 1, 2018) | 24 | | 44 |
| *Gorman v. Swaggart*, 524 So. 2d 915 (La. Ct. App. 1988) | 23-24 | | 42-43 |
| *Gosden v. Louis*, 687 N.E.2d 481 (Ohio Ct. App. 1996) | 20 | | 38 |
| *Hamus v. Bank of New York Mellon*, 2011 WL 13266806 (W.D. Wis. May 13, 2011) | 14 | | 31 |
| *Hanks v. Wavy Broad., LLC*, 2012 WL 405065 (E.D. Va. Feb. 8, 2012) | | | 39 |
| *Harnischfeger Corp. v. Harbor Ins. Co.*, 927 F.2d 974 (7th Cir. 1991) | 35 | | |
| *Hart v. Bennet*, 2003 WI App 231, 267 Wis. 2d 919, 672 N.W.2d 306 | 30 | | 52 |
| *Hatmaker v. Memorial Medical Center*, 619 F.3d 741 (7th Cir. 2010) | 14 | | 31 |
| *Issa v. Applegate*, 31 Cal App. 5th 689 (Ct. App. 2019) | | | 62 |
| *Jankovic v. Int'l Crisis Grp.*, 494 F.3d 1080 (D.C. Cir. 2007) | 22 | | 41 |
| *John v. Journal Commc'ns, Inc.*, 801 F. Supp. 210 (E.D. Wis. 1992) | 45 | | 86 |
| *Justice v. Town of Cicero*, 577 F.3d 768 (7th Cir. 2009) | 13 | | 30 |

| Cases Cited in Plaintiff's Opposition to Motion to Dismiss | Doc.38: ———— | | Doc.54: ———— |
|---|---|---|---|
| *Kamtel, Inc. v. Bore Tech Constr., LLC*, 2017 WL 532337 (W.D. Wis. Feb. 9, 2017) | | | 89 |
| *Keohane v. Stewart*, 882 P.2d 1293 (Colo. 1994) | 20 | | 38 |
| *Kerby v. Hal Roach Studios*, 53 Cal. App. 2d 207, 127 P.2d 577 (1942) | | | 56 |
| *Klentzman v. Brady*, 456 S.W.3d 239 (Tex. App. 2014) | 21 | | 39 |
| *Ladd v. Uecker*, 2010 WI App 28 323 Wis. 2d 798, 779 N.W.2d 723 | 18 | | 36 |
| *Levesque v. Doocy*, 560 F.3d 82 (1st Cir. 2009) | | | 56 |
| *Liberty Mut. Fire Ins. Co. v. O'Keefe*, 205 Wis. 2d 524, 556 N.W.2d 133 (Ct. App. 1996) | 31 | | 53 |
| *Mahaffey v. Ramos*, 588 F.3d 1142 (7th Cir. 2009) | | | 86 |
| *Martin v. Outboard Marine Corp.*, 15 Wis. 2d 452, 113 N.W.2d 135 (1962) | 31 | | 53 |
| *Masson v. New Yorker Magazine, Inc.*, 501 U.S. 496 (1991) | 29, 32-34, 35, 38, 40, 43-44, 44-45 | | 51, 54-56, 57, 61, 63, 65, 67, 69, 70, 72, 78, 83-84, 85-86, 86, 89 |
| *Masson v. New Yorker Magazine, Inc.*, 960 F.2d 896 (9th Cir. 1992) | 46 | | 87 |
| *Metabolife Int'l, Inc. v. Wornick*, 264 F.3d 832 (9th Cir. 2001) | 45 | | 85 |
| *Miller v. F.C.C.*, 66 F.3d 1140 (11th Cir. 1995) | 24 | | 44 |
| *More v. Callahan*, 2013 WL 4718333 (W.D. Wis. Sept. 3, 2013) | 13 | | 30 |
| *Munger v. Seehafer*, 2016 WI App 89, 372 Wis. 2d 749, 890 N.W.2d 22 | 34-35 | | |
| *Nat'l Right To Life Political Action Comm. v. Friends of Bryan*, 741 F. Supp. 807 (D. Nev. 1990) | 24 | | 45 |
| *New York Times v. Sullivan*, 376 U.S. 254 (1964) | 16-17, 41 | | 32, 81 |
| *Next Techs., Inc. v. Beyond the Office Door LLC*, 2020 WL 3077052 (W.D. Wis. June 10, 2020) | | | 52 |
| *Ogren v. Employers Reinsurance Corp.*, 119 Wis. 2d 379, 350 N.W.2d 725 (Ct. App. 1984) | 21 | | 38 |

| Cases Cited in Plaintiff's Opposition to Motion to Dismiss | Doc.38: _____ | | Doc.54: _____ |
|---|---|---|---|
| *Palin v. New York Times Co.*,<br>940 F.3d 804 (2d Cir. 2019) | | | 45 |
| *Palka v. Shelton*,<br>623 F.3d 447 (7th Cir. 2010) | 13 | | 30 |
| *Palm Springs Tennis Club v. Rangel*,<br>73 Cal. App. 4th 1, 86 Cal. Rptr. 2d 73 (1999) | | | 40 |
| *Papasan v. Allain*,<br>478 U.S. 265 (1986) | 15 | | 31 |
| *Peagler v. Phoenix Newspapers, Inc.*,<br>560 P.2d 1216 (Ariz. 1977) | 21 | | 39 |
| *Perkins v. Littleton*,<br>270 So. 3d 208 (Miss. Ct. App. 2018) | | | 39 |
| *Pippen v. NBCUniversal Media, LLC*,<br>734 F.3d 610 (7th Cir. 2013) | 41 | | 81-82 |
| *Pub. Office Corp. v. Clinton for President Comm.*,<br>194 F.3d 139 (D.C. Cir. 1999) | 24 | | 44 |
| *Republican Party of Minnesota v. White*,<br>536 U.S. 765 (2002) | 24 | | 45 |
| *Rosenthal v. R. W. Smith Co.*,<br>260 F. Supp. 3d 588 (W.D. Va. 2017) | | | 40 |
| *Schatz v. Republican State Leadership Comm.*,<br>669 F.3d 50 (1st Cir. 2012) | 24 | | 44 |
| *Schiavone Const. Co. v. Time, Inc.*,<br>619 F. Supp. 684 (D.N.J. 1985) | 21 | | 39 |
| *St. Amant v. Thompson*,<br>390 U.S. 727 (1968) | 41 | | 81 |
| *Starobin v. Northridge Lakes Dev. Co.*,<br>94 Wis. 2d 1, 287 N.W.2d 747 (1980) | 31 | | 54 |
| *Steel Co. v. Citizens for a Better Env't*,<br>523 U.S. 83 (1998) | 13 | | |
| *Stevens v. Sun Publ'g Co.*,<br>270 S.C. 65, 240 S.E.2d 812 (1978) | 42 | | 82-83 |
| *Storms v. Action Wisconsin Inc.*,<br>2008 WI 56, 309 Wis. 2d 704, 750 N.W.2d 739 | 18, 41 | | 36, 62, 81 |
| *Taj Mahal Travel, Inc. v. Delta Airlines, Inc.*,<br>164 F.3d 186 (3d Cir. 1998) | 20 | | 37 |
| *Tatur v. Solsrud*,<br>174 Wis. 2d 735, 498 N.W.2d 232 (1993) | 37 | | 70 |
| *Tharpe v. Saunders*,<br>285 Va. 476, 737 S.E.2d 890 (2013) | | | 61 |
| *The Team Working for You v. Ohio Elections Comm.*,<br>754 N.E.2d 273 (Ohio Ct App. 2001) | 24 | | 44 |

| Cases Cited in Plaintiff's Opposition to Motion to Dismiss | Doc.38: _____ | | Doc.54: _____ |
|---|---|---|---|
| *Thirteen Comm. v. Weinreb*, 214 Cal. Rptr. 297 (Cal. Ct. App. 1985) | 25 | | 45 |
| *Time, Inc. v. Pape*, 401 U.S. 279 (1971) | 45 | | 86 |
| *Tobey v. Chibucos*, 890 F.3d 634 (7th Cir. 2018) | 48 | | |
| *Torgerson v. Journal/Sentinel, Inc.*, 210 Wis. 2d 524, 563 N.W.2d 472 (1997) | 18, 19, 41 | | 62, 81 |
| *Turner v. KTRK Television, Inc.*, 38 S.W.3d 103 (Tex. 2000) | 18, 42 | | 34, 82 |
| *Uebelacker v. Paula Allen Holdings, Inc.*, 464 F. Supp. 2d 791 (W.D. Wis. 2006) | 30, 31 | | 53 |
| *United States v. Hook*, 471 F.3d 766 (7th Cir.2006) | | | 89-90 |
| *Valento v. Ulrich*, 402 N.W.2d 809 (Minn. Ct. App. 1987) | 24 | | 44 |
| *Vander Linden v. Wilbanks*, 128 F. Supp. 2d 900 (D.S.C. 2000) | 24 | | 44 |
| *Vasquez v. Whole Foods Mkt., Inc.*, 302 F. Supp. 3d 36 (D.D.C. 2018) | 21 | | 39 |
| *Wisconsin Cent. Ltd. v. Acuity*, 2011 WL 208404 (E.D. Wis. Jan. 21, 2011) | 35 | | |
| *Wittman v. Personhuballah*, 136 S. Ct. 1732 (2016) | | | 35 |
| *Writers Guild of Am., W., Inc. v. Superior Court for Los Angeles Cty.*,78 Cal. Rptr. 520 (Cal. Ct. App. 1969) | 21 | | 40 |
| *Young v. Gannett Satellite Info. Network, Inc.*, 837 F. Supp. 2d 758 (S.D. Ohio 2011) | 42 | | 82 |
| | | | |
| 47 U.S.C. § 312(a)(7) | 6 | | 13 |
| 52 U.S.C. § 30102(e)(1) and (3) | 5 | | 10 |
| Wis. Stat. § 809.23(3) | 34 | | |
| Fed. R. Civ. P. 8(a)(2) | 13 | | 30 |
| 11 CFR § 9032.1(a | 5 | | 9 |
| 47 CFR § 73.1941(a) | 7 | | 13 |
| 1 Law of Defamation § 4:40 (2d ed.) | | | 38 |

| Cases Cited in Plaintiff's Opposition to Motion to Dismiss | Doc.38: _____ | | Doc.54: _____ |
|---|---|---|---|
| 1 Rights and Liabilities in Media Content § 6:9 (2d ed.) | | | 36 |
| 3 Dobbs, The Law of Torts (2d Ed. 2011) | 19, 21 | | 36, 40 |
| Restatement (Second) of Torts § 561 | 22, 27 | | 42, 49 |
| Restatement (Second) of Torts § 564 | 19, 20 | | 36, 38 |
| Restatement (Second) of Torts § 580A | 41, 42 | | 81, 82 |