IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NORTHLAND TELEVISION, LLC d/b/a WJFW-NBC, <br><br> Defendant, <br><br> and <br><br> PRIORITIES USA ACTION, <br><br> Intervening Defendant. | Civil No.:  3-20-cv-00385-wmc |

**DEFENDANTS WJFW AND PRIORITIES USA ACTION'S RESPONSE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE TABLES FOR PLAINTIFF'S OPPOSITIONS TO MOTION TO DISMISS OF <u>DEFENDANTS WJFW-NBC AND PRIORITIES USA ACTION</u>**

Defendant Northland Television, d/b/a WJFW-NBC and intervenor defendant Priorities USA Action have no objection or comment on Plaintiff's Motion for Leave to File Tables for Plaintiff's Oppositions to Motion to Dismiss of Defendants WJFW-NBC and Priorities USA Action (Dkt. No. 58) and consider this matter fully briefed and ripe for a decision.

1

| | |
|---|---|
| Dated: July 30, 2020 | Respectfully submitted, |
| BALLARD SPAHR LLP | GODFREY & KAHN S.C. |
| Charles D. Tobin<br>(admitted *pro hac vice*)<br>Al-Amyn Sumar<br>(admitted *pro hac vice*)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006-1157<br>Phone: (202) 661-2218<br>Fax:    (202) 661-2299<br>tobinc@ballardspahr.com<br>sumara@ballardspahr.com | *s/ Brady Williamson*<br>Brady C. Williamson<br>Mike B. Wittenwyler<br>bwilliam@gklaw.com<br>mwittenwyler@gklaw.com<br>One East Main Street, Suite 500<br>Madison, WI 53703-3300<br>Phone: (608) 257-3911<br>Fax:    (608) 257-0609 |
| Ashley I. Kissinger<br>(admitted *pro hac vice*)<br>1225 17th Street, Suite 2300<br>Denver, CO  80202<br>Phone: (303) 376-2407<br>Fax:    (303) 296-3956<br>kissingera@ballardspahr.com | |
| | *Counsel for Defendant Northland Television, LLC d/b/a WJFW-NBC* |

                    s/ *David L. Anstaett*

PERKINS COIE LLP

David L. Anstaett
DAnstaett@perkinscoie.com
Brandon M Lewis
BLewis@perkinscoie.com
Sopen B. Shah
SShah@perkinscoie.com
33 East Main Street, Suite 201
Madison, WI 53703
Phone: 608.663.7460
Facsimile: 608.663.7499

Marc E. Elias
MElias@perkinscoie.com
Ezra W. Reese (*pro hac vice*)
Ereese@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005-3960
Phone: 202.654.6200
Facsimile: 202.654.6211

Gillian Kuhlmann (*pro hac vice*)
GKuhlmann@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Phone: 310.788.9900
Facsimile: 310.788.3399

        *Counsel for Intervenor-Defendant*
        *Priorities USA Action*

22661491.1