UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

**DONALD J. TRUMP FOR PRESIDENT, INC.**,

      **Plaintiff,**

v.                                       Civil No.: 3:20-cv-00385-wmc

**NORTHLAND TELEVISION, LLC d/b/a WJFW-NBC,**

      **Defendant,**

   **and**

**PRIORITIES USA ACTION,**

      **Intervenor Defendant.**

**STIPULATION FOR DISMISSAL AND RELEASE**
Rule 41, Fed. R. Civ. P.

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Donald J. Trump for President, Inc., Defendant Northland Television, LLC d/b/a WJFW-NBC, and Intervenor Defendant Priorities USA Action, through their attorneys, stipulate to the dismissal of all claims in this action with prejudice with each party bearing its own costs, attorneys' fees and expenses.

The parties intend this Stipulation for Dismissal and Release to foreclose the assertion by the Plaintiff and its candidate in any court or forum of any claims made or that could have been made against the Defendant and Intervenor Defendant in connection with advertising arising out of the 2020 election and, specifically, the advertisement placed at issue by the Plaintiff in its April 13, 2020 complaint initially filed in the Price County (Wisconsin) Circuit Court and removed to this Court on April 27, 2020.

Respectfully submitted,

Dated: November 13, 2020

HUSCH BLACKWELL LLP

*s/ Eric M. McLeod*
Eric M. McLeod
eric.mcleod@huschblackwell.com
33 East Main Street, Suite 300
P.O. Box 1379
Madison, WI 53701-1379
Phone: (608)234-6057
Fax:    (608)257-7138

Lisa M. Lawless
lisa.lawless@huschblackwell.com
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
414.273.2100
414.223.5000 (fax)

*Counsel for Plaintiff Donald J. Trump for President, Inc.*


Respectfully submitted,

Dated: November 13, 2020

PERKINS COIE LLP

*s/ Marc Erick Elias*
Marc Erik Elias
Ezra Woolf Reese
melias@perkinscoie.com
ereese@perkinscoie.com
700 Thirteenth Street N.W.
Washington, DC 20005
Phone: (202) 654-6200x1630
Fax:    (202) 654-6211

David L. Anstaett
Brandon M. Lewis
DAnstaett@perkinscoie.com
BLewis@perkinscoie.com
33 East Main St. Suite 201
Madison, WI 53703-3095
Phone: (608) 663-7460

*Counsel for Intervenor Defendant Priorities USA Action*


Respectfully submitted,

Dated: November 13, 2020

GODFREY & KAHN S.C.

*s/ Brady C. Williamson*
Brady C. Williamson
Mike B. Wittenwyler
bwilliam@gklaw.com
mwittenwyler@gklaw.com
One East Main Street, Suite 500
Madison, WI 53703-3300
Phone: (608) 257-3911
Fax:    (608) 257-0609

BALLARD SPAHR LLP
Charles D. Tobin
Maxwell S. Mishkin
(admitted *pro hac vice*)
tobinc@ballardspahr.com
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Phone: (202) 661-2218
Fax:    (202) 661-2299

*Counsel for Defendant Northland Television, LLC*


23161759.1